**Order entered October 3, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01064-CV

## IN RE JAMES D. DONDERO AND NEXBANK SSB, Relators

**Original Proceeding from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-04666**

## ORDER
Before Justices Whitehill, Partida-Kipness, and Pedersen, III

Based on the Court's opinion of this date, we **DENY** relators' September 3, 2019 petition for writ of mandamus. We **LIFT** our September 10, 2019 order staying the trial court's August 12, 2019 "Order Granting Motion to Compel Deposition of James D. Dondero."

/s/ BILL PEDERSEN, III
JUSTICE

Whitehill, J., dissenting without opinion